IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

HSBC Bank USA, National Association          Case No.3:10cv2306

    Plaintiff

 v.                                            ORDER

John L. Arnett, Jr.,

    Defendant

     This case, which has been referred to United States Magistrate Judge for Report and Recommendation. The Magistrate Judge having filed his Report and Recommendation, to which the parties have not filed an objection.  I have reviewed the case, de novo, which I find well-taken on the merits for the reasons stated in the Report and Recommendation, which is incorporated herein by reference as the opinion of the undersigned.  Therefore, it is hereby

     ORDERED THAT the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is adopted as the Order of this Court.  The defendant's motion to remand the case to state court (Doc. No. 19) is granted.

     So ordered.

                                                                        s/James G. Carr
                                                                        U.S. District Judge